UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Susan Girdhari,                                Court File No.

     Plaintiff,

vs.                                            **NOTICE OF REMOVAL
                                               PURSUANT TO 28 U.S.C. 1446(a)**

City of Rochester, Spencer Peterson, in his
individual capacity, Nicholas Kruger, in his
individual capacity, Josiah Duit, in his
individual capacity, and John Does 1-5, in
their individual capacities,

     Defendants.

---

TO:   The United States District Court for the District of Minnesota.

Defendant through his attorneys, Jason M. Hiveley and Ashley M. Ramstad, IVERSON REUVERS, 9321 Ensign Avenue South, Bloomington, Minnesota, 55438, hereby petitions the Court for the removal of this action from the District Court of the State of Minnesota, County of Olmsted, to the United States District Court for the District of Minnesota, all pursuant to 28 U.S.C. § 1441 and § 1446.  The petitioner respectfully shows and asserts to this honorable court:

1.     That defendant in the above entitled action is the defendant in a civil action brought against him in the District Court for the State of Minnesota, County of Olmstead, in a case entitled *Susan Girdhari, Plaintiff, vs. City of*

*Rochester, et al., Defendants.* Attached hereto is a true copy of Plaintiff's Complaint.

2.    Attached hereto is a true and accurate copy of the Answer to the Complaint served and filed by Defendants on February 26, 2026.

3.    Defendant believes Plaintiff has purported to assert a cause of action under federal statute 42 U.S.C. § 1983, asserting various civil rights allegations.

4.    The above-entitled action could have been brought originally in Federal Court because of the federal questions which have been asserted under the original jurisdiction statute 28 U.S.C. § 1331.

5.    The matter in controversy between the Plaintiff and the Defendant allegedly exceeds the sum of $75,000, exclusive of interest and costs.

6.    That contemporaneous with the filing of this notice, further notice is given to counsel for the Plaintiff and to the Court Administrator, County of Olmsted, State of Minnesota, pursuant to 28 U.S.C. § 1446(d).

7.    It is respectfully submitted that removal of this action is proper and that this Court has jurisdiction to adjudicate the dispute between the parties in this case.

**WHEREFORE,** your petitioner moves that this cause proceed in this Court, the United States District Court for the District of Minnesota, as an action properly removed thereto.

Dated: February 26, 2026                    s/Ashley M. Ramstad
                                            Jason M. Hiveley, #311546
                                            Ashley M. Ramstad, #402446
                                            IVERSON REUVERS
                                            9321 Ensign Avenue South
                                            Bloomington, MN  55438
                                            (952) 548-7200
                                            jasonh@iversonlaw.com
                                            ashley@iversonlaw.com
                                            *Attorneys for Defendants*

## **VERIFICATION**

STATE OF MINNESOTA)
                              :ss
COUNTY OF HENNEPIN)

Ashley M. Ramstad, being first duly sworn upon oath, deposes and states: that she is the attorney for the above named defendant in the foregoing action, that she has read the foregoing notice and knows the contents thereof, and that the same is true of her own knowledge, except as to matters stated on information and belief and as to those matters, he believes them to be true. Ashley M. Ramstad states that she has read Rule 11 of the Federal Rules of Civil Procedure and that this Notice of Removal is signed pursuant to said Rule 11.

                                            s/Ashley M. Ramstad
                                            Ashley M. Ramstad, #402446

Subscribed and sworn to before
me this 26th day of  February, 2026.

s/Rebecca J. Eitreim
Notary Public
(STAMP AND/OR SEAL)